JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHY HALLMAN, an individual, | ) ) ) | CASE NO. 2:13-cv-02235-FMO-MANx |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| CAC FINANCIAL CORP., AND DOES 1 THROUGH 10, | ) ) ) | |
| Defendant. | ) ) ) | |

The Court has reviewed the Stipulation of Plaintiff KATHY HALLMAN and Defendant CAC FINANCIAL CORP. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: May 20, 2013     /s/ Fernando M. Olguin
                        UNITED STATES DISTRICT JUDGE

2

07437.00:194595

ORDER RE: STIPULATION RE DISMISSAL
CASE NO: 2:13-cv-02235-FMO-MAN